788

George O. JOHN, Administrator of Estate of R. C. Duff, Deceased, Appellant, v. WACO, BEAUMONT, TRINITY & SABINE RAILWAY COMPANY, Debtor, Appellee.

No. 11938.

Circuit Court of Appeals, Fifth Circuit.

Nov. 14, 1947.

Rehearing Denied March 1, 1948.

See 166 F.2d 419.

L. W. Graves, Jr., of Houston, Tex., for appellant.

C. E. Bryson, of Houston, Tex., for appellee.

Before SIBLEY, HOLMES, and McCORD, Circuit Judges.

PER CURIAM.

The judgment appealed from, 74 F.Supp. 691, is affirmed.

In the Matter of JOHN NIZOLEK FURNITURE CO., Inc., Bankrupt; Anthony T. Augelli, Trustee in Bankruptcy, Appellant.

In the Matter of NIZOLEK FURNITURE & CARPET CO., Inc., Bankrupt; Anthony T. Augelli, Trustee in Bankruptcy, Appellant.

Nos. 9466, 9467.

Circuit Court of Appeals, Third Circuit.

Argued Feb. 3, 1948.

Decided Feb. 9, 1948.

Benjamin Gross, of Jersey City, N. J. (Milberg & Milberg, of Jersey City, N. J., on the brief), for appellant.

Albert Freeman, of Newark, N. J. (Bilder, Bilder & Kaufman, of Newark, N. J., Abraham P. Bab, of Hackensack, N. J., and Bernard Hellring, of Newark, N. J., on the brief), for appellee.

Before GOODRICH, McLAUGHLIN, and KALODNER, Circuit Judges.

PER CURIAM.

Affirmed on the opinion of the District Court for the District of New Jersey. 1947, 71 F.Supp. 1012.

William F. BANKEY, Appellant, v. Joseph W. SANFORD, Warden, United States Penitentiary, Atlanta, Georgia, Appellee.

No. 12086.

Circuit Court of Appeals, Fifth Circuit.

Oct. 17, 1947.

Writ of Certiorari Denied March 8, 1948.

See 68 S.Ct. 649.

William F. Bankey, for appellant, in pro. per.

J. Ellis Mundy, U. S. Atty., and Harvey H. Tysinger, Asst. U. S. Atty., both of Atlanta, Ga., for appellee.

Before HUTCHESON, McCORD, and WALLER, Circuit Judges.

PER CURIAM.

After a full and fair hearing below and in an opinion and order fully discussing and disposing of the issues he tendered, 74 F. Supp. 756, appellant's application for habeas corpus was denied.

An examination of the record disclosing no error, the judgment is affirmed.[1]

[1] Adams, Warden, et al. v. United States, ex rel. McCann, 317 U.S. 269, 63 S.Ct. 236, 87 L.Ed. 268, 143 A.L.R. 435; Nivens v. Hudspeth, 10 Cir., 128 F.2d 15, certiorari denied 317 U.S. 628, 63 S.Ct. 42, 87 L.Ed. 507; Adkins v. Sanford, 5 Cir., 120 F.2d 471; DeMaggio v. Coxe, 2 Cir., 70 F.2d 840; Rowley v. Welch, 72 App.D.C., 351, 114 F.2d 499; Oxman v. United States, 8 Cir., 148 F.2d 750, 159 A.L.R. 155.